UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:18-CR-113 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| CELSO MIGUEL MORALES-MONTOYA, | |
| Defendant(s). | |

Presently before the court is a stipulation to continue motion deadlines, filed by defendant Celso Miguel Morales-Montoya. (ECF No. 18).

On May 17, 2018, one day after defendant filed the above-referenced stipulation, defendant filed a second stipulation to continue motion deadlines and trial date. (ECF No. 19). On May 22, 2018, the court granted the second stipulation. (ECF No. 20). Therefore, defendant's first stipulation is moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's stipulation to continue motion deadlines (ECF No. 18) be, and the same hereby is, DENIED as moot.

DATED June 6, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**