RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RYAN NORWOOD
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ryan_Norwood@fd.org

Attorney for Celso Miguel Morales-Montoya

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CELSO MIGUEL MORALES-MONTOYA,<br><br>Defendant. | Case No. 2:18-cr-00113-JCM-VCF-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Ryan Norwood, Assistant Federal Public Defender, counsel for Celso Miguel Morales-Montoya, that the Sentencing Hearing currently scheduled on November 7, 2018 at the hour of 10:00am, be vacated and continued to the following week at a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Subsequent to the scheduling of the sentencing in this case, counsel was asked to attend an out-of-state conference that is essential for his preparation for another case.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Sentencing hearing.

DATED this 10 day of October, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Ryan Norwood*<br>By_____<br>RYAN NORWOOD<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CELSO MIGUEL MORALES-MONTOYA,<br><br>　　　　Defendant. | Case No. 2:18-cr-00113-JCM-VCF-1<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the Sentencing hearing currently scheduled for Wednesday, November 7, 2018 at 10:00 a.m., be vacated and continued to **Friday, November 30, 2018 at 10:30 a.m.**

　　　DATED October 15, 2018.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE